# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § CASE NUMBER 1:17-CR-00154-MAC § § |
| v. | § § § § |
| JASON WRIGHT (8) | § § |

## ORDER APPOINTING COUNSEL PURSUANT TO THE
## CRIMINAL JUSTICE ACT

This Court has determined that the above-named Defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, pursuant to the Criminal Justice Act (18 U.S.C. §3006A), this Court appoints Dustin Galmor, a member of the Criminal Justice Act Panel of this District to represent this Defendant.

IT IS SO ORDERED.

Signed January 18, 2018.

_____
ZACK HAWTHORN
UNITED STATES MAGISTRATE JUDGE