IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | Cause No. 1:17-CR-154(8) |
| v. § | (Judge Marcia Crone) |
| § | |
| JASON WRIGHT (8) § | |

UNITED STATES GOVERNMENT'S NOTICE AND
INFORMATION OF PRIOR CONVICTION FOR
PURPOSE OF INCREASED PUNISHMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the United States of America, by and through the office of the United States Attorney for the Eastern District of Texas and files this Notice and Information of Prior Convictions for Purpose of Increased Punishment and by way of Notice and Information would state the following:

I.

That the defendant **Jason Wright**, has (at least) two (2) prior final felony conviction for offenses punishable under the Controlled Substance Act, as amended (Title 21 U.S.C. et seq.) or other laws of a State, the United States of America, or foreign country relating to narcotic drugs, marihuana, or depressant or stimulant substances, to wit:

1. CHARGE: POSSESSION OF A CONTROLLED SUBSTANCE PENALTY GROUP 1 — GREATER THAN 1 GRAM AND LESS THAN 4 GRAMS

   CAUSE NO.: 92271

   COURT: 252ND JUDICIAL COURT OF JEFFERSON COUNTY, TEXAS

   SENTENCE: 6 MONTHS INCARCERATION

DATE OF JUDGEMENT: August 16, 2004

2. CHARGE: POSSESSION OF A CONTROLLED SUBSTANCE PENALTY GROUP 1 — GREATER THAN 4 GRAMS AND LESS THAN 200 GRAMS

   CAUSE NO.: 96 291

   COURT: 252ND JUDICIAL COURT OF JEFFERSON COUNTY, TEXAS

   SENTENCE: 3 YEARS INCARCERATION

   DATE OF JUDGEMENT: July 20, 2006

3. CHARGE: POSSESSION OF A CONTROLLED SUBSTANCE PENALTY GROUP 1

   CAUSE NO.: 08 02743

   COURT: 252ND JUDICIAL COURT OF JEFFERSON COUNTY, TEXAS

   SENTENCE: 4 YEARS INCARCERATION

   DATE OF JUDGEMENT: June 9, 2008

4. CHARGE: POSSESSION OF A CONTROLLED SUBSTANCE PENALTY GROUP 1 — GREATER THAN 4 GRAMS AND LESS THAN 200 GRAMS

   CAUSE NO.: 708099/2014-002401

   COURT: 252ND JUDICIAL COURT OF JEFFERSON COUNTY, TEXAS

   SENTENCE: 5 YEARS INCARCERATION

   DATE OF JUDGEMENT: August 4, 2014

II.

That the United States Government intends to rely upon the prior final felony convictions hereinabove for the purpose of increased punishment as made for and provided

by 21, U.S.C. §§ 841(b)(1)(A) and 851.

WHEREFORE, PREMISES CONSIDERED, the United States respectfully requests that upon a determination that the defendant, **Jason Wright**, is subject to increased punishment by reason of prior convictions, the court proceed to impose sentence upon said defendant as provided by law, specifically: a) in the case of two prior final felony drug convictions: not less than life imprisonment.

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY

/s/   Christopher T. Rapp
CHRISTOPHER T. RAPP
ASSISTANT UNITED STATES ATTORNEY
Arizona Bar No. 025704
350 Magnolia, Ste. 150
Beaumont, TX   77701
409-839-2538

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above notice has been forwarded to defense counsel via first E File on the 13th day of July, 2018.

/s/   Christopher T. Rapp
CHRISTOPHER T. RAPP
ASSISTANT UNITED STATES ATTORNEY