| | | | | |
|---|---|---|---|---|
| DATE | July 30, 2018 | CASE NUMBER | 1:17-cr-154-8 | |
| LOCATION OF HRG | BEAUMONT | USA | Chris Rapp | Assigned |
| JUDGE | ZACK HAWTHORN | VS | Chris Rapp | Appeared |
| DEPUTY CLERK | Tonya Piper | JASON WRIGHT | | |
| RPTR/ECRO | Tonya Piper (FTR) | | Defendant | |
| USPO | | DUSTIN GALMOR | | |
| INTERPRETER | | | Attorney | |
| BEGIN | 2:16 pm | | | |

**ARRAIGNMENT**

☐ Interpreter Sworn
☒ (Arraignment Hearing)
☒ Hearing held   ☐ Hearing called
☐ Information (felony)   ☐ Information (misdemeanor)   ☐ Information (sealed)
☐ Indictment unsealed   ☐ Information Unsealed
☒ Dft appears   ☒ with   ☐ without   counsel;   ☐ Dft appears pro se;   ☐ Counsel appears on behalf of dft.
☐ Dft files Waiver of Indictment   ☐ Dft. advised of right to grand jury consideration
☐ Dft first appearance with counsel   ☐ CJA   ☐ Retained   ☐ USPD
☒ …Dft   ☒ sworn   ☒ physically/mentally ready   ☐ name spelled
           ☒ advised of charges   ☒ advised of maximum penalties   ☒ advised of right to remain silent;
           ☒ advised of right to counsel   ☒ rec'd copy of the charges;   ☒ discussed charges w/ cnsl;
           ☒ charges read   ☐ waived reading of charges;   ☐ No pressure to plead
☒ Dft enters a plea of:   ☒ Not Guilty   ☐ Guilty   ☐ Nolo   ☐ Guilty - lesser
   to counts:   ☒ 1 ☒ 2 ☐ 3 ☐ 4 ☒ 5
   ☐ Indictment   ☐ Information   ☒ 3RD SS Indictment

☒ No additional orders entered at this time.
☐ Scheduling Order.

☒ Defendant consented to detention at this time.

2:25 pm   Adjourned
9 minutes Total Court Time