1:17CR154

To whom it concern,

My name is Jason Wright #27560-78. I would like to get a copy of my plea agreement, Judgement of committment, and docket sheet. I'm incarcerated at Three Rivers Federal Correctional Institution

My address is
Jason Wright # 2756-078
P.O. Box 4200
Three River Tx 78071

Thank you Very Much
Jason Wright #2756078

Jason Wright # 2756078
P.O. Box 4200
Federal Correctional Institutional
Three Rivers Tx 78071

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
14 MAR 2022 PM 4 L



FOREVER / USA



CLERK U.S. DISTRICT COURT
RECEIVED
MAR 16 2022
EASTERN DIST. OF TEXAS
BEAUMONT, TEXAS

77701-229899

Court Clerk
212 Jack Brooks Federal Building
U.S. Courthouse,
300 Willow Street
Beaumont, TX 77701